SEPTEMBER 17, 2015    77,246-11

FROM:

DRAKE L. WILLIS #1575130
COFFIELD UNIT-TDCJ-CID
2661 FM 2054
TENNESSEE COLONY, TEXAS
ZIP 75884

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

TO:

THE JUSTICES OF
THE COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: APPLICATION FOR A WRIT OF MANDAMUS IN EX-
PARTE DRAKE L. WILLIS, WR-77,246-11
TRIAL COURT CAUSE NUMBER F08-24020, IN THE
DISTRICT COURT OF DALLAS COUNTY.

## LETTER APPLICATION FOR ISSUANCE OF

## A WRIT OF MANDAMUS

TO THE JUSTICES OF SAID COURT:

NOW COMES, DRAKE L. WILLIS, PRO-SE, RELATOR IN
THE ABOVE NUMBERED AND STYLED CAUSE OF ACTION,
AND RESPECTFULLY SHOWS GOOD CAUSE FOR THE ISS-
UANCE OF A WRIT OF MANDAMUS. HERE IN SUPPORT
RELATOR WILL SHOW THAT ON JULY 22, 2015, THIS
COURT IN A WRITTEN ORDER DIRECTED THE DALLAS
COUNTY DISTRICT CLERK (RESPONDENT'S COURT'S CLERK)—

pg.#1

(cc)

IN THE MATTER OF THE APPLICATION FOR A WRIT OF HABEAS CORPUS FILED IN EXPARTE DRAKE WR-77,246-11, TO FILE A RESPONSE TO RELATOR'S APPLICATION FOR A WRIT OF MANDAMUS WITHIN 30 DAYS OF THE COURT'S JULY 22, 2015, ORDER. WITHIN THOSE 30 DAYS THE RESPONDENT DISTRICT CLERK OF DALLAS COUNTY, GAVE HIS RESPONSE TO THE COURT'S JULY 22, 2015, ORDER "THAT IT HAS NO RECORD OF A SUPPLEMENTAL APPLICATION FILED IN THIS CAUSE NUMBER". (SEE COURT'S JULY 22, 2015 ORDER). (SEE COURT'S AUGUST 26, 2015 ORDER, WITH RESPONDENT CLERK'S RESPONSE).

RELATOR HAS ATTACHED TO THIS APPLICATION FOR A WRIT OF MANDAMUS A LETTER FROM THE RESPONDENT CLERK OF DALLAS COUNTY, DATED MAY 02, 2013, THAT WAS WITH THE RETURNED APRIL 4, 2013, SUPPLEMENTAL APPLICATION FOR A WRIT OF HABEAS CORPUS, FILE STAMPED APRIL 4, 2013. THE LETTER PLAINLY STATES THE DENIED TO FILE A WRIT OF HABEAS CORPUS 11.07, IN CAUSE NUMBER F08-24020-T, WHICH RESPONDENT STATES ON MAY 02, 2013, THERE IS NO 11.07 WRIT PENDING AND A NEW WRIT HAS TO BE FILED ON THIS CASE. (SEE ATTACHED RESPONDENT'S MAY 02, 2013 LETTER).

pg.#2

(CC)

THE RESPONSE FROM THE RESPONDENT GIVEN TO THIS COURT CONCERNING IT'S JULY 22, 2015 ORDER IS INCORRECT AND MISLEADING, SO TO THE RESPONDENT CLERK'S STATEMENTS IN THE ATTACHED MAY 02, 2015 LETTER TO RELATOR, AS THE RESPONDENT CLERK DENIED TO FILE OR PROCESS RELATOR'S APRIL 4, 2013, WRIT SUPPLEMENTAL APPLICATION 11.07, HABEAS CORPUS, AS MANDATED BY ARTICLE 11.07 V.A.C.C.P., WHICH WAS A MINISTERAL DUTY RESPONDENT FAILED TO PERFORM AND LEAVING RELATOR WITH NO ADEQUATE REMEDY BY LAW.

RELATOR REQUESTS THIS COURT TO RECONSIDER RELATOR'S PETITION FOR A WRIT OF MANDAMUS, IN EXPARTE DRAKE L. WILLIS, WR-77,246-11, FILED BY THIS COURT'S HON. CLERK ABEL ACOSTA ON JUNE 1, 2015.

THE PURPOSE OF THE WRIT OF HABEAS CORPUS IS TO OBTAIN A SPEEDY ADJUDICATION OF A PERSON'S RIGHT TO LIBERATION FROM ILLEGAL RESTAINT. THEREFORE RELATOR REQUEST THIS COURT TO ISSUE A WRIT OF MANDAMUS WITH THE MANDATE OF ART. 11.07, V.A. C.C.P.

RESPECTFULLY SUBMITTED

Pg. #3

(CC)



# GARY FITZSIMMONS
## DALLAS COUNTY DISTRICT CLERK

VIRGINIA ETHERLY
CHIEF DEPUTY

May 02, 2013

Coffield Unit
Drake Lafayette Willis #01575130
2661 FM 2054
Tennessee Colony, TX 75884

RE:  TRIAL COURT CAUSE:  F-0824020-T
     11.07 WRIT CAUSE NO.:  N/A

Dear Mr. Willis:

We do not have any pending 11.07 writs for this case. On 03/08/11, an 11.07 writ application was filed on this case and it was denied by the Texas Court of Criminal Appeals on 02/05/13 without written order on the findings of the trial court without a hearing.

Therefore, a new writ has to be filed on this case.

Sincerely,

Gary Fitzsimmons
Dallas County District Clerk

Given under my hand and seal;

By: _____
    Deputy District Clerk

600 COMMERCE STREET    DALLAS, TEXAS  75202   (214) - 653 - 7301
FAX (214) - 653 - 6634    e-mail: gfitzsimmons@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html